An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY DEWANE BAILEY,
Petitioner,
vs.
CLERK OF THE EIGHTH JUDICIAL
DISTRICT COURT,
Respondent.

No. 68423

**FILED**

SEP 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This pro se writ petition seeks assistance in obtaining a default judgment against the Las Vegas Metropolitan Police Department Forensic Lab, which was a named defendant in petitioner's complaint filed in Eighth Judicial District Court Case No. A686740. As this court noted in petitioner's previous appeal in that case, the district court dismissed petitioner's complaint in its entirety on June 4, 2014, which constituted a final adjudication of that case. *See Bailey v. Clark Cnty.*, Docket No. 65913 (Order of Affirmance, April 17, 2015). For this reason, among others, petitioner is not entitled to a default judgment against LVMPD Forensic Lab. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Anthony Dewane Bailey
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27662